IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50281
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KEITH RUSSELL JUDD,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-95-M-91-1
--------------------

August 27, 1999

Before KING, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Keith Russell Judd appeals the district court's April 1996 order dismissing, without prejudice, a criminal complaint against him for causing a threatening communication to be delivered to a post office or authorized mail depository.  We lack jurisdiction over this appeal.  See United States v. Welborn, 849 F.2d 980, 984 n.3 (5th Cir. 1988); see also United States v. Jackson, 30 F.3d 572, 574 (5th Cir. 1994).

    APPEAL DISMISSED FOR LACK OF JURISDICTION

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.